# Exhibit A



# COMMONWEALTH *of* VIRGINIA

Edward J. Ungvarsky
Capital Defender

**NORTHERN VIRGINIA CAPITAL DEFENDER OFFICE**
2300 CLARENDON BLVD., SUITE 201B
ARLINGTON, VA 22201

Tel. (703) 875-0103
Fax (703) 875-0115

February 22, 2016

VIA Email
FBI
Record/Information Dissemination Section
Email: foiparequest@ic.fbi.gov

Dear FOIA Officer:

This is a request under the Freedom of Information Act.

In 1999 the FBI published a set of genotypes under the name, "Genotype profiles for six population groups at the 13 CODIS short tandem repeat core loci and other PCR-based loci."[1],[2] In 2001 a supplemental publication, "Population Data on the STR Loci D2S1338 and D19S433"[3],[4] expanded some of the published genotype data from 13 to 15 loci. In June 2015 an erratum, correcting errors in the published genotypes, was published[5] and described[6] by the FBI as being necessary because of both human/clerical and technological causes. An expanded set of allele frequencies, described as "the retyping of all of the remaining FBI population samples using the new expanded loci kits" was published[7] at the same time. No genotypes for this new set of "expanded" allele frequencies have been published.

I am requesting the corrected genotypes used to generate the FBI allele frequency databases.

I am willing to pay up to $25 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request. I am seeking information for personal use and not for commercial use.

---

[1] https://www.fbi.gov/about-us/lab/forensic-science-communications/fsc/july1999/index.htm/budowle.htm
[2] Genotype data https://www.fbi.gov/about-us/lab/forensic-science-communications/fsc/july1999/budowle.htm/dnaloci.txt
[3] https://www.fbi.gov/about-us/lab/forensic-science-communications/fsc/july2001/index.htm/budowle2.htm
[4] Expanded genotype data https://www.fbi.gov/about-us/lab/forensic-science-communications/fsc/july2001/budowle2.htm/budlowle.txt
[5] http://onlinelibrary.wiley.com/doi/10.1111/1556-4029.12806/full
[6] https://www.fbi.gov/about-us/lab/biometric-analysis/codis/amended-fbi-str-final-6-16-15.pdf
[7] https://www.fbi.gov/about-us/lab/biometric-analysis/codis/expanded-fbi-str-2015-final-6-16-15.pdf

Please send the requested information to:

Edward J. Ungvarsky, Capital Defender
Northern Virginia Capital Defender Office
2300 Clarendon Blvd, Suite 201B
Arlington, VA 22201

If you have further questions, I can ne reached at 703-875-0103 or at eungvarsky@cdn.idc.virginia.gov.

Thank you in advance for your consideration,

Edward J. Ungvarsky
Capital Defender