**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NORTHERN VIRGINIA CAPITAL DEFENDER OFFICE,<br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)  No. 1:19-cv-1476-DLF<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to this Court's September 18, 2019 Minute Order, Plaintiff Northern Virginia Capital Defender Office ("NVCDO") and Defendant Federal Bureau of Investigation ("FBI") provide the following status report:

Since submission of the September 16, 2019, Joint Status Report, the FBI has provided responsive records to Plaintiff, and the parties agree that the FBI has sufficiently responded to Plaintiff's Freedom of Information Act request and no issues concerning that request warrant the Court's review. The parties are presently conferring on a stipulation of dismissal to resolve this matter.

The parties propose to provide the Court with a further status update on or before January 15, 2020, if they have not yet stipulated to this case's dismissal by that time.

Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/
　　　　　　　　　　　　　　　　　　Jay Ward Brown
　　　　　　　　　　　　　　　　　　BALLARD SPAHR LLP
　　　　　　　　　　　　　　　　　　1909 K Street, NW
　　　　　　　　　　　　　　　　　　12th Floor
　　　　　　　　　　　　　　　　　　Washington, DC  20006-1157
　　　　　　　　　　　　　　　　　　Telephone: (202) 508-1136
　　　　　　　　　　　　　　　　　　brownjay@ballardspahr.com

|  |  |
|---|---|
|  | _____ |
|  | s/ |
|  | Christopher M. Proczko (*pro hac vice*) |
|  | BALLARD SPAHR LLP |
|  | 80 S. 8th Street, Suite 2000 |
|  | Minneapolis, MN  55402 |
|  | Telephone:  (612) 371-3211 |
|  | proczkoc@ballardspahr.com |
| Date:   November 15, 2019 | Attorneys for Plaintiff |

Jessie K. Liu, D.C. Bar 472845
United States Attorney for the District of Columbia

Daniel F. Van Horn, D.C. Bar 924092
Chief, Civil Division

By: _/s/_____
Peter C. Pfaffenroth, D.C. Bar 496637
Assistant U.S. Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Telephone: (202) 252-2513
peter.pfaffenroth@usdoj.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NORTHERN VIRGINIA CAPITAL DEFENDER OFFICE,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)  No. 1:19-cv-1476-DLF<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

The Court has received the parties' November 15, 2019, Joint Status Report. The parties are hereby ordered to file a further Joint Status Report on or before January 15, 2020, to advise the Court on the status of this litigation if it remains pending at that time.

Date: _____          _____
　　　　　　　　　　　　　　　　　　United States District Judge